# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RICHARD WILLIS FULTON                                                                         PLAINTIFF
ADC #086678

v.                                              4:20-cv-01093-LPR-JJV

TIM RYLES, *et al*.                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Richard Willis Fulton ("Plaintiff") filed this action on September 11, 2020, alleging violations of his constitutional rights. (Doc. No. 1.) On May 4, 2021, mail sent from the Court to Plaintiff at his address of record was returned as undeliverable with the notation "RTS No Longer in Facility" on the envelope. (Doc. No. 19.) That same day, I reminded Plaintiff of his duty under

Local Rule 5.5(c)(2) to promptly notify the Clerk of the Court and other parties of any change in his address. (Doc. No. 20.) I also directed Plaintiff to update his address with the Court within thirty days, or risk having his case dismissed without prejudice. (*Id*.) The Clerk mailed a copy of the May 4 Order to Plaintiff, but the envelope was returned with the notation "RTS No Longer in Facility." (Doc. No. 21.)

More than thirty days have passed from the entry of my May 4, 2021 Order. Plaintiff has not complied with or otherwise responded to the Order. Plaintiff was warned that failure to comply with the May 4 Order could result in the dismissal of his case without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Amended Complaint (Doc. No. 8) be DISMISSED without prejudice, and that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of June 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE